IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2019 MAR 29 PM 2:26
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:19CR109 |
| | ) | |
| Plaintiff | ) | JUDGE BENITA Y. PEARSON |
| | ) | Magistrate Judge George J. Limbert |
| v. | ) | |
| | ) | ORDER OF |
| RUSSELL DELANO MILEY-CRUZ | ) | DETENTION |
| | ) | |
| Defendant | ) | |

    The above matter came before the Court on March 29, 2019, pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure. Defendant was present at the hearing and represented by Attorney David J. Betras, and the Government was represented by John C. Hanley, Assistant U.S. Attorney. Defendant, in open court and after consultation with counsel, waived his right to a detention hearing and consented that he be held without bail pursuant to Title 18 U.S.C. Section 3142(e) and (i). Defendant reserves the right to revisit the issue of a detention hearing at a later time.

    Based upon Defendant's waiver and consent, the Court orders the Defendant to be held to answer further proceedings in the District Court.

    The Court also finds that Defendant, Russell Delano Miley-Cruz, shall be committed to the custody of the United States Attorney General, or a designated representative, for confinement to a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Further, the Court directs that Defendant be afforded reasonable opportunity for private consultation with his counsel while in custody. On order of the Court or the request of the attorney for the United States, the person in charge of the corrections

facility shall deliver Defendant to the United States Marshal for purposes of an appearance in connection with the court proceeding.

    **IT IS SO ORDERED.**

    **SIGNED and ENTERED** on this 29th day of March, 2019.

                                          _____
                                          GEORGE J. LIMBERT
                                          UNITED STATES MAGISTRATE JUDGE